JUDGE KATHLEEN CARDONE

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JAMES W. CLOSE

Plaintiff

v.

GLAZING SADDLES, LLC, a Texas Limited Liability
Company d/b/a KRISPY KREME and SKINNY PROP

Defendant

Civil Action No. EP: 16-CV-276

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)  GLAZING SADDLES, LLC d/b/a KRISPY KREME
REGISTERED AGENT:
C. DAWSON BREMER
17890 BLANCO ROAD, SUITE 444
SAN ANTONIO, TEXAS 78232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, JAMES W. CLOSE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  7-7-16

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EP:3:16-CV-00276

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GLAZING SADDLES, LLC D/B/A KRISPY KREME
was received by me on *(date)* 07/07/2016

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* C. DAWSON BREMER, REGISTERED AGENT , who is
designated by law to accept service of process on behalf of *(name of organization)* GLAZING SADDLES LLC D/B/A
KRISPY KREME, 17890 BLANCO RD, STE 401 * on *(date)* 07/11/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* *SAN ANTONIO TX 78232 AT 2:10 PM

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07/15/2016

SCH 822   Exp. 8/31/17
*Server's signature*

Andrew C Manger IV          Certified Texas Process Server
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: